ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DAN M. KARMEL (NYBN 5151485)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7007
     FAX: (415) 436-7234
     dan.karmel@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 19-00711 CRB |
|     Plaintiff, | ) ) | NOTICE OF DISMISSAL : ORDER |
|   v. | ) ) | |
| BRAYAN JOSIAS LOPEZ TORRES, | ) ) | |
|     Defendant. | ) ) ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

States Attorney for the Northern District of California dismisses the above indictment against Brayan

Josias Lopez Torres (Dkt. 2) and moves that the Court quash the arrest warrant issued in connection with

the Lopez Torres's failure to appear in this case (Dkt. 25).


DATED: December 18, 2024                  Respectfully submitted,

                                      ISMAIL J. RAMSEY
                                      United States Attorney


                               */s/ Martha Boersch*
                                      MARTHA BOERSCH
                                      Chief, Criminal Division

1    Leave is granted to the government to dismiss the indictment against Brayan Josias Lopez

2 Torres.  It is further ordered that the arrest warrant issued in connection with Lopez Torres's failure to

3 appear in this case is quashed.

4

5

6 Date:  December 18, 2024

         HON. CHARLES R. BREYER
7        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28